

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00074-CV

_____

CIT PARTNERS, LLC, Appellant

V.

JOHNSON CAPITAL GROUP, INC., Appellee

On Appeal from the 159th District Court
Angelina County, Texas
Trial Court No. CV-00619-11-06

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion Per Curiam

# MEMORANDUM OPINION

Appellant, CIT Partners, LLC, has filed a motion to dismiss the pending appeal in this matter.[1] Appellant represents that the parties have reached a full and final settlement and that appellant no longer desires to prosecute this appeal.

We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

Date Submitted:     November 26, 2013
Date Decided:       November 27, 2013

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Twelfth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

2